UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HUGHES,

    Plaintiff,

v.                                                   Case No.: 2:21-cv-370-JLB-NPM

UNITED STATES OF AMERICA,

    Defendants.
_____

## ORDER

The parties jointly move to consolidate this action for all purposes, including trial, with Sosa v. United States of America, 2:21-cv-371-JLB-MRM. (Doc. 18.) After review of the joint motion, the Court concludes that these two cases involve enough common questions of law and fact to justify consolidation under Federal Rule of Civil Procedure 42(a) and Local Rule 1.07(b). Accordingly, it is **ORDERED**:

1. The Clerk is **DIRECTED** to **CONSOLIDATE** Hughes v. United States of America 2:21-cv-370-JLB-MRM, with Sosa v. United States of America, 2:21-cv-371-JLB-MRM.

2. The Court designates 2:21-cv-370-JLB-NPM as the lead case. All filings from this point forward shall be filed in the lead case.

**ORDERED** in Fort Myers, Florida, on October 8, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE